**MININNO LAW OFFICE**
By: John R. Mininno, Esquire
475 White Horse Pike
Collingswood, New Jersey 08107
Telephone:  (856) 833-0600
Email: John R. Mininno@NHCAGroup.com

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATES OF NEW JERSEY and NEW YORK, ex rel. KENNETH W. ARMSTRONG,**<br><br>      **Plaintiffs and Relator,**<br><br>      **v.**<br><br>**ANDOVER SUBACUTE AND REHAB CENTER SERVICES ONE, INC.; ANDOVER SUBACUTE AND REHAB CENTER SERVICES TWO, INC, ESTATE OF DR. HOOSHANG KIPIANI; DR. SANJAY JAIN; and DR. BORIS FREYMAN,**<br><br>      **Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 12-cv-03319**<br><br>~~[PROPOSED]~~<br>      **HIPPA ORDER** |

THIS MATTER having been opened to the Court on *ex parte* application by John R. Mininno, attorney for plaintiff for an Order pursuant to 45 C.F.R. § 164.512(e)(1)(v) and the Court having considered the application, and for good cause having been shown, the Court rules as follows:

    IT IS on this 25th date of September 2017 ORDERED that:

1.  Molina Medicaid Solutions, the New Jersey Department of Health, the New Jersey Division of Medical Assistance, the United States Department of Health and Human Services and the Centers for Medicare and Medicaid Services may release any and all information (including any protected health information) responsive to any Rule 45 subpoenas served by Relator.

Be it FURTHER ORDERED that pursuant to 45 C.F.R. § 164.512(e)(1)(v) any party receiving any responsive information from any Subpoena issued pursuant to the paragraph above shall be and are hereby prohibited from using or disclosing any information (including any protected health information) for any purpose other than the litigation or proceeding for which such information was requested; and shall either return or destroy any information received (including all copies made) at the end of the litigation or proceeding.

_____
Hon. Susan D. Wigenton
United States District Court Judge