UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF NEW JERSEY and NEW YORK, <u>ex</u> <u>rel.</u> KENNETH W. ARMSTRONG,<br><br>     Plaintiff & Relator,<br><br>- vs –<br><br>ANDOVER SUBACUTE & REHAB CENTER SERVICES ONE, INC., et al.,<br><br>     Defendants. | Civil No. 12-3319 (SDW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendants Andover Subacute & Rehab Center Services One, Inc., Andover Subacute & Rehab Center Services Two, Inc., and Estate of Dr. Hooshang Kipiani.

/s/ Blan Jarkasi
Blan J. Jarkasi, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
bjarkasi@hdrbb.com

February 26, 2019