UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF NEW JERSEY and NEW YORK, ex rel. KENNETH W. ARMSTRONG<br><br>    Plaintiff & Relator,<br> vs.<br><br>ANDOVER SUBACUTE & REHAB CENTER SERVICES ONE, INC., et al.,<br><br>    Defendants. | Civil Action No. 2:12-cv-3319 |

APPLICATION FOR EXTENSION OF TIME TO

ANSWER, MOVE, OR OTHERWISE REPLY

[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which defendant Sanjay K. Jain, M.D. may answer, move, or otherwise reply to Relator's Second Amended False Claims Act Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on March 18, 2019; and

3. Time to Answer, Move or otherwise Reply expires on April 1, 2019.

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

Dated:  March 28, 2019

_____
Benjamin H. Haftel, Esq.

Michael J. Baker, Esq.
Hoagland, Longo, Moran, Dunst & Doukas, LLP
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903
bhaftel@hoaglandlongo.com
(732) 545-4717
Attorneys for Defendant
Sanjay K. Jain, M.D.

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____.

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701