

40 Paterson Street
New Brunswick, NJ 08901
Tel: (732) 545-4717  Fax: (732) 545-4579
www.hoaglandlongo.com

Benjamin H. Haftel
Of Counsel
bhaftel@hoaglandlongo.com

March 28, 2019

**VIA ECF**
Hon. Steven C. Mannion, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 5060
Newark, New Jersey 07101

      Re:    **Armstrong v. Andover Subacute & Rehab Center Services One, Inc., et al.**
            Civil Action No. 2:12-CV-3319-SDW-SCM

Dear Judge Mannion:

      This firm represents Defendant Sanjay K. Jain, M.D. in the above referenced action. Plaintiff/Relator as well as codefendants have consented to extend the time within which Dr. Jain may Answer, Move, or Otherwise Reply for a period of 21 days. The current deadline to file a pleading is Monday, April 1, 2019. That would make the response to the Amended Pleading due on or before Monday, April 22, 2019. We inadvertently already filed a Local Rule 6.1(b) application. My apologies for any confusion.

      Thank you for Your Honor's anticipated courtesy and cooperation with regarding to this request. Should Your Honor have any questions, we will gladly set up another telephone conference to address this issue.

                                          Respectfully Yours,

                                          BENJAMIN H. HAFTEL

BHH:stc
cc: All Counsel of Record (via ECF)