UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERCIA and the STATES OF NEW JERSEY and NEW YORK, *ex rel.* KENNETH W. ARMSTRONG,<br><br>    Plaintiffs and Relator,<br><br>v.<br><br>ANDOVER SUBACUTE AND REHAB CENTER SERVICES ONE, INC., *et al.*<br><br>    Defendants. | Civil Action No. 12-cv-03319 (SDW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Pádraig P. Flanagan, Esq., of the law firm of Florio Perrucci Steinhardt & Cappelli, LLC, hereby enters his appearance in this action as counsel to Relator Kenneth W. Armstrong.

>FLORIO PERRUCCI STEINHARDT & CAPPELLI, LLC
>235 Broubalow Way
>Phillipsburg N.J. 08865
>Telephone: 908-454-8300
>Facsimile: 908-454-5827
>pflanagan@floriolaw.com
>
>*Attorneys for Relator*

Dated: May 6, 2019

By: */s/ Pádraig P. Flanagan*
    Pádraig P. Flanagan
    (ID No. 021531999)

{00723356.DOCX v.1}

## CERTIFICATION OF SERVICE

I certify that on this 6th day of May, 2018, the foregoing Notice of Appearance was filed with the Clerk of the Court using the CM/ECF filing system, and simultaneously served upon all counsel of record via the CM/ECF filing system.

By: */s/ Pádraig P. Flanagan*
Pádraig P. Flanagan