GeyerGorey LLP
2006 Berwick Drive
Cinnaminson, NJ 08077
(202) 374-0312
brad@geyergorey.com

June 20, 2019

Via ECF
Magistrate Judge Steven C. Mannion
United States District Court - NJ
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street.
Newark, NJ 07102

Re:   *United States, ex rel. Armstrong v. Andover, et al.,*
      *Civil Action No. (12-3319 SDW)*
      *Joint Update to Status Conference on June 21, 2019 at 11:30A.M. (new time)*

Dear Judge Mannion:

Please accept this as the parties' update to the joint status letter Document 87.

1) The discovery motion at Document 78 is withdrawn.

2) The discovery motion at Document 79 remains at issue for the reasons set forth in the motion. Relator contends that the motion would be moot if the Defendants would stipulate that the claims data received from the State of New Jersey and U.S. Health and Human Services ("CMS") are true and accurate. Defendants contend that it cannot stipulate to same and leaves the Relator to its proofs.

3) As to the items A through F set forth in the joint status letter Document 87:

    a. Items A and B are no longer at issue; and,

    b. Items C through F remain as issues to be discussed.

Respectfully submitted,

Dated: June 20, 2019           /s Bradford L. Geyer
                               GeyerGorey LLP
                               2006 Berwick Drive
                               Cinnaminson, NJ 08077
                               (202) 374-0312
                               Counsel for Relator