## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARMSTRONG, et al., | Civil Action No. |
| Plaintiffs, | 2:12-CV-3319-SDW-SCM |
| v. | **ORDER** |
| ANDOVER SUBACUTE AND REHAB CENTER SERVICES ONE, INC. et al., | **D.E. 78** |
| Defendants. | |

For the reasons set forth today on the record,

**IT IS** on this Friday, June 21, 2019,

**ORDERED**, that informal discovery motions brought to the Court by joint dispute letter, D.E. 78 are **DENIED as moot.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

6/21/2019 7:56:37 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.

cc: All parties
    File