

2006 Berwick Drive
Cinnaminson, NJ 08077-4502

*Brad@GeyerGorey.Com*

*(856)-607-5708*  July 23, 2019

Via ECF
Magistrate Judge Steven C. Mannion
United States District Court - NJ
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *United States, ex rel. Armstrong  v. Andover, et al.,*
              *Civil Action No. (12-3319 SDW)*
              *Expert Reports Deadline*

Dear Judge Mannion:

      I wish circumstances did not require that I write this letter, but we need to make a special request to this Court to postpone Thursday's 3:30 pm conference call and to extend the deadline for our expert reports.  This request is made without objection by opposing counsel.

      John Mininno has been principally responsible for expert reports. Two weeks ago, he was rushed to hospital and been in and out of critical condition ever since, enduring three emergency surgeries.  He has not yet been discharged. After a fourth procedure on Thursday, we are hoping he will be discharged on Friday, but this is not at all certain. We would respectfully request we have until next week when we can hopefully get a better idea on Mr. Mininno's condition and at that time will be in a better position to make a specific request for a new time for a conference call and additional time regarding expert reports.

                                      Respectfully submitted,

Dated: July 23, 2019                 /s/ Bradford L. Geyer

                                      GeyerGorey LLP
                                      (856) 607-5708
                                      Counsel for Relator