**HARTMANN DOHERTY
ROSA BERMAN & BULBULIA**
Limited Liability Company    Attorneys At Law

433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
800 Third Avenue, 28th Floor
New York, New York 10022
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, 3rd Floor
Short Hills, New Jersey 07078
t: 973.467.1325

August 13, 2019

**VIA ECF**

Hon. Steven C. Mannion, USMJ
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

> 1) Denied. Co-counsel has informed the Court he will make the oral argument in Mr. Mininno's place.

Re:    *USA ex rel. Armstrong v. Andover, et al.*
       Civil Action No. 12-3319-SDW-SCM

Dear Judge Mannion:

This firm represents Defendants Andover Subacute & Rehab Center Services One, Inc., Andover Subacute & Rehab Center Services Two, Inc., and the Estate of Dr. Hooshang Kipiani (collectively, the "Andover Defendants"), in the above-referenced *qui tam* action. Telephonic argument on Relator Kenneth Armstrong's Motion to Compel the Andover Defendants to answer interrogatories is scheduled for tomorrow, August 14, 2019 at 3:30 pm.

Due to ongoing health issues, Plaintiff's counsel will not be able to participate in this argument tomorrow. Therefore, on Plaintiff counsel's behalf, undersigned counsel respectfully request that argument be adjourned to August 28, 2019.

All counsel of record have consented to this request.

Respectfully yours,

Mark A. Berman

**SO ORDERED
s/Steven C. Mannion**
Steven C. Mannion, U.S.M.J.
Date: 8/13/19

cc:    All Counsel of Record (via ECCF)