UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH ARMSTRONG, ex rel. UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br> v. <br><br> ANDOVER SUBACUTE AND REHAB CENTER SERVICES ONE, INC. et al., <br><br> Defendants. | Civil Action No. <br><br> 2:12-cv-3319-SDW-SCM <br><br> **ORDER** <br><br> **[D.E. 92]** |

For the reasons set forth on the record today,

**IT IS** on this Wednesday, August 14, 2019,

1. **ORDERED**, that Relator's informal motion to compel the continued deposition of Mrs. Carla Kipiani is **GRANTED** without opposition; and it is further

2. **ORDERED**, that Relator's remaining informal motion is **DENIED** without prejudice.

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/14/2019 9:18:40 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
File

1