## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARMSTRONG, et al.,<br><br>       Plaintiffs,<br>v.<br><br>ANDOVER SUBACUTE AND REHAB<br>CENTER SERVICES ONE, INC. et al.,<br>       Defendants. | Civil Action No.<br><br>2:12-CV-3319-SDW-SCM<br><br>**SUPPLEMENTAL**<br>**SCHEDULING ORDER** |

       **IT IS** on this Wednesday, August 14, 2019 ordered that the Scheduling Order is

hereby supplemented as follows:

1.  The parties have a continuing obligation to supplement and amend their initial disclosures.  The names and subject of expected testimony of all affirmative expert witnesses shall be delivered no later than 30 days before the end of fact discovery. The names and subject of expected testimony of all responding expert witnesses shall be delivered no later than 10 days after the date due for the affirmative expert report(s), provided such report(s) have been served.

    a.  All affirmative expert reports shall be delivered by 9/16/2019**.**

    b.  All responding expert reports shall be delivered by 10/18/2019.

    c.  Deposition of expert(s) to be completed within 30 days of receiving their respective reports.

2.  A **status conference** to be held on 10/28/2019 at **3:30 PM** before Judge Steve Mannion in courtroom 2B.  Lead trial counsel must appear and clients who have settlement authority shall be immediately available by telephone.

3.  **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/14/2019 9:25:47 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File