**HARTMANN DOHERTY
ROSA BERMAN & BULBULIA**
Limited Liability Company    Attorneys At Law

433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
800 Third Avenue, 28th Floor
New York, New York 10022
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, 3rd Floor
Short Hills, New Jersey 07078
t: 973.467.1325

September 3, 2019

**VIA ECF**

Hon. Steven C. Mannion
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:   *U.S. ex rel. Armstrong v. Andover Subacute & Rehab Center Services One, Inc., et al.* **(Civil Action No. 12-3319)**

Dear Judge Mannion:

This firm represents Defendants Andover Subacute & Rehab Center Services One, Inc., Andover Subacute & Rehab Center Services Two, Inc., and Estate of Dr. Hooshang Kipiani (collectively, the "Andover Defendants") in the above-referenced matter.

At the Court's request, the Andover Defendants request that their Motion for Reconsideration of this Court's August 14, 2019 Order (Docket No. 103) (the "Motion") be withdrawn and considered by the Court informally. If the Court declines to consider the Motion Informally, the Andover Defendants respectfully request that the Motion remain returnable on October 7, 2019.

Respectfully submitted,

Blan Jarkasi

cc:   All Counsel of Record (via ECF)

> The Clerk of the Court shall administratively terminate the motion for reconsideration – (D.E. 103). Plaintiff's opposition shall be filed within 14 days of this order.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 9/4/19